IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **JAMES GENE JEROME KIRKLAND** | : | CASE NO. **24-50532**-PWB |
| **ANGEL LAVOYNE KIRKLAND**, | : | |
| | : | |
| Debtors. | : | |
| _____ | : | _____ |
| AMERICREDIT FINANCIAL | : | |
| SERVICES, INC. DBA GM | : | |
| FINANCIAL, | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| JAMES GENE JEROME KIRKLAND and | : | |
| ANGEL LAVOYNE KIRKLAND, | : | |
| Debtors; CANDACE KIRKLAND, | : | |
| Codebtor; and MELISSA J. DAVEY, | : | |
| Trustee, | | |
| | | |
| Respondents. | | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that **Americredit Financial Services, Inc. dba GM Financial** has filed a Motion for Relief from Automatic Stay and Codebtor Stay and related papers with the Court seeking an order of relief from the Automatic Stay and Codebtor Stay.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion for Relief from Automatic Stay and Codebtor stay, at **10:15 a.m.** on **July 31, 2024** in **Courtroom 1401, The Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia  30303** which may be attended in person or via the Court's Virtual Hearing Room.  You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website.  Please also review the "Hearing information" tab on the judge's webpage for further information about the hearing.  You should be prepared to appear at the hearing via video, but you nay leave your camera in the off position until the Court instructs otherwise.

Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage..

      Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Room 1340, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia  30303. You must also mail a copy of your response to the undersigned at the address stated below.

      If a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: July 10, 2024        Signature: /s/Philip L. Rubin
                                    Philip L. Rubin
                                    5555 Glenridge Connector
                                    Suite 900
                                    Atlanta, Georgia  30342
                                    (404) 869-6900
                                    prubin@lrglaw.com
                                    Bar Number 618525

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **JAMES GENE JEROME KIRKLAND** | : | CASE NO. **24-50532**-PWB |
| **ANGEL LAVOYNE KIRKLAND,** | : | |
| | : | |
| Debtors. | : | |
| ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ | : | ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ |
| AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL, | : | |
| | : | |
| Movant, | : | CONTESTED MATTER |
| | : | |
| v. | : | |
| | : | |
| JAMES GENE JEROME KIRKLAND and ANGEL LAVOYNE KIRKLAND, Debtors; CANDACE KIRKLAND, Codebtor; and MELISSA J. DAVEY, Trustee, | : | |
| | : | |
| Respondents. | | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY**

NOW COMES AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL (the "Movant") and moves this Court for relief from the automatic stay and Codebtor Stay and shows the Court as follows:

1.

On 01/17/2024, James Gene Jerome Kirkland and Angel Lavoyne Kirkland ("Debtors") filed a Voluntary Petition pursuant to 11 U.S.C. Chapter 13, and said case is pending before this Court.

2.

Movant has a claim in this case secured by a first priority lien against Debtors' vehicle, to wit: 2022 CHEVROLET TRAX (the "Collateral"). The Collateral is jointly titled in the

name of the nonfiling cosigner, Candace Kirkland (the "Codebtor"), who is jointly obligated to Movant on the loan secured thereby. The approximate payoff is $27,561.83. Movant has no other collateral securing this loan.

3.

Debtor's proposed Chapter 13 plan provides for the nonfiling cosigner to make all contractual payments directly to Movant. As of July 9, 2024, the account is due for the April 15, 2024 payment and all subsequent payments for a total arrearage of $1,291.53. Another monthly payment of $557.62 will come due before this matter is heard.

4.

Relief from Codebtor Stay is appropriate pursuant to U.S.C. Section 1301.

5.

Debtors do not have equity in the Collateral and the Collateral is not necessary to a reorganization that is in prospect.

6.

Cause exists including the lack of adequate protection to grant Movant relief from the automatic stay so as to authorize Movant to recover and dispose of the Collateral. Movant requests the right to file an amended proof of claim after liquidation of the Collateral.

7.

Movant requests that Bankruptcy Rule 4001(a)(3) be waived.

8.

Movant has no proof of full coverage insurance protecting its interest in the Collateral.

WHEREFORE, Movant prays that this Court:

(a) Hold a hearing pursuant to this Motion within thirty (30) days as is required under 11 U.S.C. Section 362(e);

(b) Grant Movant relief from the automatic stay under 11 U.S.C. Section 362(d) and Codebtor Stay under 11 U.S.C. Section 1301 so as to allow Movant to recover and dispose of the Collateral and to apply the net proceeds generated therefrom to its claim in this case, and if the disposition results in a deficiency, amend its claim filed in this case, subject to objection and proceed with collection against the nonfiling Codebtor;

(c) Rule 4001(a)(3) be waived; and

(d) Grant such other and further relief as the Court deems to be just and proper.

This July 10, 2024.

        The Law Office of
        LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
        Attorneys for Movant

        By: /s/Philip L. Rubin
          Philip L. Rubin
          Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **JAMES GENE JEROME KIRKLAND** | : | CASE NO. **24-50532**-PWB |
| **ANGEL LAVOYNE KIRKLAND,** | : | |
| | : | |
| Debtors. | : | |
| ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ | : | ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ ⎯ |
| AMERICREDIT FINANCIAL | : | |
| SERVICES, INC. DBA GM | : | |
| FINANCIAL, | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| JAMES GENE JEROME KIRKLAND and | : | |
| ANGEL LAVOYNE KIRKLAND, | : | |
| Debtors; CANDACE KIRKLAND, | : | |
| Codebtor; and MELISSA J. DAVEY, | : | |
| Trustee, | | |
| | | |
| Respondents. | | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, I electronically filed the foregoing MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY and NOTICE OF HEARING using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy
Atlanta, GA 30341

Melissa J. Davey
Chapter 13 Trustee
Standing Chapter 13 Trustee

Suite 2250
233 Peachtree Street, NE
Atlanta, GA 30303

    I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each:

James Gene Jerome Kirkland
10 Cedar Court
Covington, GA 30014-3629

Angel Lavoyne Kirkland
10 Cedar Court
Covington, GA 30014-3629

Candace Kirkland
10 Cedar Court
Covington, GA 30014-3629

    Dated: July 10, 2024.

        The Law Office of
        LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
        Attorneys for Movant


        By: /s/Philip L. Rubin
          Philip L. Rubin
            Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com